No. 92–1889. BLUE CROSS & BLUE SHIELD MUTUAL OF OHIO v. LIBBEY-OWENS-FORD CO., ADMINISTRATOR OF THE GROUP HEALTH INSURANCE PLAN. C. A. 6th Cir. Certiorari denied.

No. 92–1890. RENTON SCHOOL DISTRICT NO. 403 ET AL. v. GARNETT, BY AND THROUGH HIS NEXT FRIEND, SMITH, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1891. OOT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1892. HARRISON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–1893. PRINCIPAL MUTUAL LIFE INSURANCE CO. v. MCORP. C. A. 5th Cir. Certiorari denied.

No. 92–1894. NORTH FLORIDA SHIPYARDS, INC. v. LYKES BROS. STEAMSHIP CO., INC. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 92–1895. BANK OF JACKSON COUNTY v. CHERRY ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–1896. 767 THIRD AVENUE ASSOCIATES ET AL. v. PERMANENT MISSION OF THE REPUBLIC OF ZAIRE TO THE UNITED NATIONS. C. A. 2d Cir. Certiorari denied.

No. 92–1898. JOHNSON v. CROWN LIFE INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1899. KOKARAS ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–1901. MORE ET AL. v. FARRIER ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1902. VIENNA MORTGAGE CORP. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR NATIONAL BANK OF WASHINGTON. C. A. 4th Cir. Certiorari denied.

No. 92–1903. AGAN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.